First National Bank of Clayton, Plaintiff-Appellant, v. Kenan F. Lowery, Defendant-Appellee.

Term No. 58-F-19.

Fourth District.

April 21, 1958.

Released for publication May 7, 1958.

Isaac E. Young, and Phillip Sachs, for appellant; no brief filed for appellee. Opinion by JUDGE BARDENS. **Not to be published in full.**